UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                       CASE NO.: 16-23341-BKC-AJC
                                                                             Chapter 7
**KIMBERLY CHRISTINE MILLSPAUGH**
_____Debtor._____/

## REPORT OF SALE

NOTICE IS GIVEN THAT on or about March 22, 2017, the sale of the Estate's interest in the following described items were sold for a total of $1,500.00 to the Debtor, Kimberly Christine Millspaugh. The sale was completed pursuant to the Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets, dated March 22, 2017, (ECF 32).

- 2005 Ford F150
- 2007 Big Dog Mastiff
- Household Goods
- Cash
- Financial Account

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on August 28, 2017, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to all interested parties on the attached service list.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
25 SE 2nd Ave., Suite 248
Miami, FL 33131
Telephone: (305) 375-8171
Telefax: (305) 381-7708
JTabas@tabassoloff.com

| | | |
|---|---|---|
| Bank of America, N.A.<br>NC4-105-03-14<br>POB 26012<br>Greensboro, NC 27420-6012 | Chase Card Services<br>Attn: Correspondence Dept<br>POB 15298<br>Wilmingotn, DE 19850-5298 | Citibank / Best Buy<br>Attn:  Centralized Bankruptcy<br>POB 790040<br>St Louis, MO 63179-0040 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial Services LLC<br>POB 3025<br>New Albany, OH 43054-3025 | Global Credit & Collection Corp.<br>5440 N. Cumberland Avenue<br>Chicago, IL 60656-1486 |
| Hyatt, Hyatt & Landau, P.L.<br>7765 SW 87 Avenue, Suite 101<br>Miami, FL 33173-2535 | Kimberly Christine Millspaugh<br>18855 SW 256th Street<br>Homestead, FL 33031-4703 | Marcelo Avila<br>4700 SW 51 St #208<br>Davie, FL 33314-5500 |
| MRS Associates<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 | PYOD, LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | SST / Suntrust<br>4315 Pickett Road<br>Saint Joseph, MO 64503-1600 |
| Synchrony Bank / Funancing<br>POB 965064<br>Orlando, FL 32896-5064 | SYSTEMS & SERVICES TECHNOLOGIES, INC.<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | Zakheim Law Group<br>1133 S. University Drive, Second Floor<br>Plantation, FL 33324-3303 |